**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nhan Than, et al., | No. CV-19-02089-PHX-ESW |
| Plaintiffs, | **ORDER** |
| v. | |
| Badgi Hasen, et al., | |
| Defendants. | |

Pending before the Court is Defendant Anmar and Katrin Yakoubs' Motion for Leave to Amend Answer to Include Cross Claim by Katrin Yakoub against Badgi Hasen, D.B.A. AAA Auto Sales and CH&T, LLC, D.B.A. Snap Auto Sales (Doc. 30). The motion has been fully briefed and considered.

The Court does not find bad faith, undue delay, prejudice, or futility in the granting of Defendants' request for leave to amend. *See Johnson v. Buckley*, 356 F.3d 1067, 1077 (9th Cir. 2004). Leave to amend should be given freely where justice requires. *Morongo Band of Mission Indians v. Rose*, 893 F. 2d 1074, 1079 (9th Cir. 1990).

For good cause shown, pursuant to Fed. R. Civ. P. 15(a)(2),

**IT IS ORDERED** granting Defendant Anmar and Katrin Yakoubs' Motion for Leave to Amend Answer to Include Cross Claim by Katrin Yakoub against Badgi Hasen, D.B.A. AAA Auto Sales and CH&T, LLC, D.B.A. Snap Auto Sales (Doc. 30).

Dated this 5th day of September, 2019.

_____
Eileen S. Willett
United States Magistrate Judge